**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Margaret M. Simmonds                             CHAPTER 13
                Debtor(s)

BKY. NO. 23-10169 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

Respectfully submitted,


/s/ Mark Cronin
Mark Cronin
18 Apr 2023, 13:59:14, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: c27d3c84a1b741e148786e7fb8951b83ed10985fd819b69b0d150a4fb8a2a6dd