# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 23-10169-AMC

MARGARET M. SIMMONDS

721 11TH AVENUE

PROSPECT PARK, PA 19076

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

MARGARET M. SIMMONDS

721 11TH AVENUE

PROSPECT PARK, PA 19076

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK AND COOPER LAW FIRM
    1500 JFK BLVD., SUITE 220
    PHILADELPHIA, PA 19102-

    /S/ Kenneth E. West

Date: 8/9/2023      _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee