**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                    Case No. 23-10169-amc
                                                          Chapter 13

Margaret M. Simmonds

Debtor(s).

## REQUEST TO MARK OBJECTION TO PLAN MOOT

Kindly mark the Objection to Confirmation of Plan filed by Movant, **Provident Funding Associates, LP**, on May 2, 2023 as moot as Debtor filed an Amended Plan which satisfies Movants Objection.

By:      _/s/  Daniel P. Jones, Esquire_
         Daniel P. Jones, Esquire,
         Bar No:  321876
         Stern & Eisenberg, PC
         1581 Main Street, Suite 200
         The Shops at Valley Square
         Warrington, PA 18976
         Phone: (215) 572-8111
         Fax: (215) 572-5025
         djones@sterneisenberg.com
         Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of September, 2023, to the following:

Jeffery S Nowak
Law Offices of Jeffery S. Nowak
95 Almshouse Rd
Ste 305
Richboro, PA 18954
jefnwk@comcast.net
*Attorney for Debtor(s)*


Kenneth E. West
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com
*Chapter 13 Trustee*


United S. Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Margaret M. Simmonds
721 14th Ave
Prospect Park, PA 19076
*Debtor(s)*


By:      */s/Daniel P. Jones, Esquire*