**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Margaret M. Simmonds | : BANKRUPTCY NO. 23-10169 AMC |
| AMC Debtor (s) | |

**P R A E C I P E**

Kindly relist the above captioned Chapter 13 Bankruptcy case for a hearing on confirmation of the debtor(s) chapter 13 plan on 11/21/2023 at 10:00 AM before the Hon. Ashely M. Chan

                                                       Respectfully submitted,

Date: October 18, 2023                                /s/Jack K. Miller, Esquire for
                                                       Kenneth E. West
                                                       Chapter 13 Standing Trustee
                                                       P.O. Box 40837
                                                       Philadelphia, PA  19105