# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Margaret M. Simmonds | : | Chapter 13 |
| | : | |
| | : | Case No. 23-10169 AMC |
| Debtor | : | |

## O R D E R

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtor's chapter 13 case is DISMISSED.


Date: _____        _____
                                    HONORABLE ASHELY M. CHAN
                                    CHIEF UNITED STATES BANKRUPTCY JUDGE